Cite as 2025 Ark. 219

# SUPREME COURT OF ARKANSAS

|  |  |
|---|---|
| | **Opinion Delivered:** December 11, 2025 |
| IN RE ARKANSAS BOARD OF LAW EXAMINERS | |

**PER CURIAM**

Retired Circuit Judge Bentley E. Story of Forrest City is appointed to the Arkansas Board of Law Examiners for a six-year term concluding on December 31, 2031. Judge Story will be a representative of the First Congressional District and replaces Curtis Wayne Hitt, whose term ends on December 31, 2025. Carla Spainhour of Fayetteville is appointed to the Arkansas Board of Law Examiners for a six-year term concluding on December 31, 2031. Ms. Spainhour will be an at-large representative and replaces Julie Anne Gibbens, whose term ends on December 31, 2025. The court extends its sincere appreciation to Judge Story and Ms. Spainhour for accepting appointment to this important board. The court also expresses its gratitude to Mr. Hitt and Ms. Gibbens for their dedicated service to the board.